# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| NETSCOUT SYSTEMS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FORESCOUT TECHNOLOGIES, INC. )<br>)<br>Defendant. )<br>) | CIVIL ACTION NO. 06-10033 PBS |

## NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)(i)

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Plaintiff, through its attorneys, hereby dismisses the above-numbered Complaint, with prejudice and without costs.

Dated: June 28, 2006

_____
David J. Byer (BBO #544411)
Deborah J. Peckham (BBO #564865)
Kirkpatrick & Lockhart Nicholson Graham LLP
State Street Financial Center
One Lincoln Street
Boston, MA  02111-2950
Telephone:  (617) 261-3100
Facsimile:  (617) 261-3175